**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
Greenbelt

In re

**PRIMARY SERVICE GROUP, LLC**

Case No. 03-11612-PM

Chapter 7

Debtor(s)

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to claimants are attached as Exhibit A.

Dated:   September 12, 2013      /s/ Janet M. Nesse
                                 Janet M. Nesse, Trustee
                                 1775 Pennsylvania Avenue, NW
                                 Suite 800
                                 Washington, DC 20006
                                 (202) 785-9100

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was electronically served or mailed to Office of the U.S. Trustee, on September 12, 2013.