EXHIBIT A

| Claim # | Claimant | Amount |
|---|---|---|
| 24 | AES of Northern Virginia<br>ATTN: Durward Wright<br>3600 Saunders Ave.<br>Richmond VA 23227 | $9,420.82 |
| 169 | Alan S. Kerxton, Esq.<br>25 West Middle Lane<br>Rockville, MD 20850 | $2,256.80 |
| 1 | Americomp<br>4944-C Eisenhower Ave<br>Alexandria VA 22304 | $5.81 |
| 80 | Architectural Ceramics<br>Betty Sullivan<br>692 Lofstrand Lane<br>Rockville, MD 20350 | $47.87 |
| 188 | Arctic Insulation, Inc.<br>7130 Kit Kat Road, Ste. H&I<br>Elkridge, MD 21075 | $76.04 |
| 126 | Atlantic Plumbing Supply<br>P.O. Box 73836<br>Washington DC 20056-3836 | $84.44 |
| 198 | Barbara Lovick<br>6801 Gateway Blvd<br>District Heights MD 20747 | $10.81 |
| 197 | Cary Mason<br>2019 Border Drive<br>Ft Washington MD 20744 | $8.00 |
| 111 | Chris Malzahn<br>204 Bulkhead Cove<br>Stafford VA 22554 | $35.59 |
| 133 | Christopher McDonald<br>2801 Park Center Drive<br>Alexandria VA 22302 | $75.20 |
| 59 | Dwyer Associates, LP<br>P.O. Box 11745<br>Alexandria VA 22312-0745 | $44.31 |
| 99 | Expanets<br>9780 Mt. Pyramid Ct.<br>Ste. 400<br>Englewood, CO 80112 | $16.96 |
| 100 | Expanets<br>9780 Mt. Pyramid Ct.<br>Ste. 400<br>Englewood, CO 80112 | $37.70 |

EXHIBIT A

| | | |
|---|---|---|
| 117 | Federal Express<br>ATTN: REVENUE RECOVERY/BKCY.<br>2005 Corporate Ave., 2nd Fl.<br>Memphis, TN 38132 | $7.34 |
| 205 | Ferguson Enterprises, Inc.<br>Robert Lloyd<br>11730 Baltimore Ave.<br>Beltsville, MD 21201 | $3,009.84 |
| 142 | Ginger<br>460-N Greenway Ind. Dr.<br>Fort Mill, SC 29708 | $35.32 |
| 69 | Hogan & Hartson, LLP<br>555 Thirteenth Street, N.W.<br>Washington DC 20004<br>ATTN: Edward C. Dolan | $3,466.32 |
| 137 | Joseph Gaumer<br>13105 Trapp Drive<br>Spottsylvania, VA 22553 | $1,085.25 |
| 107 | Lennox Industries, Inc.<br>ATTN: Jerry Kerwin<br>PO Box 92672<br>Chicago, IL 60675 | $574.97 |
| 171 | Oakmont Associates Limited Partnership<br>15400 Calhoun Drive<br>Ste. 140<br>Rockville, MD 20855 | $486.66 |
| 72 | Pameco<br>854 NW 81 Ave.<br>Plantation, FL 33324 | $8.47 |
| 22 | Paul Sherman<br>6621 Berkshire Drive<br>Alexandria VA 22310 | $682.89 |
| 58 | R and M Family Limited Partnership<br>PO Box 11745<br>Alexandria, VA 22312 | $218.35 |
| 86 | Robert Redmond, Esq.<br>PO Box 2103<br>Falls Church, VA 22042 | $141.44 |
| 127 | Sandra Palmerton<br>8729 Cresthill Court<br>Laurel MD 20723 | $1,194.57 |
| 93 | Southern Refrigeration Corp.<br>Ryan Kern<br>5265 Port Royal Road<br>Springfield, VA 22151 | $1,382.59 |

EXHIBIT A

| | | |
|---|---|---|
| 172 | Tami Becker<br>1200 Lynmar Street<br>Apt. No. 3<br>Keyser, WV 26726 | $1,549.74 |
| 103 | Teligent | $5.72 |
| 143 | TM O'Donnell Company<br>P.O. Box 435<br>Beltsville MD 20704-0435 | $151.18 |
| 152 | Today's Fireplace<br>9850 Business Blvd,<br>Warrenton, VA 20187 | $227.42 |
| 153 | Today's Fireplace<br>9850 Business Blvd,<br>Warrenton, VA 20187 | $10.27 |
| 154 | Today's Fireplace<br>9850 Business Blvd,<br>Warrenton, VA 20187 | $36.96 |
| 108 | Tri County Industries<br>5135 Frolich Lane<br>Hyattsville MD 20781-1309 | $27.72 |
| 17 | Triad Management<br>15245 Shady Grove Road<br>#350<br>Rockville, MD 20850 | $222.03 |
| 21 | Trible's Inc.<br>P.O. Box 931636<br>Atlanta GA 31193-1636 | $189.21 |
| 77 | Walter Lopez<br>2717 Albamarie Drive<br>Alexandria VA 22303 | $14.41 |
| 125 | Washington Auto Supply, Inc.<br>418 East Raymond Ave.<br>Alexandria, VA 22301 | $100.90 |
| 31 | Wheelock Signals<br>P.O. Box 23974<br>Newark NJ 07189 | $189.20 |
| 130 | Worldcom, Inc.<br>3300 E. Renner Road<br>Receivables Mgmt., 2nd Fl.<br>Richardson, TX 75082 | $86.78 |
| 105 | Xact Telesolutions<br>dba The Message Network<br>PO Box 1500<br>Laurel, MD 20725 | $205.72 |
| | **Total to Clerk of U.S. Bankruptcy Court** | **$27,431.62** |