# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 7/31/14**

In re:   Case No.:   03–11612 PM     Chapter:   7

Primary Service Group, LLC
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT: 508 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $1,549.74 Filed by Tami Becker . (Attachments: # 1 Attachment 1 # 2 Attachment 2 # 3 Proposed Order) (O'Connor, Janine)

PROBLEM: **The following items are deficient for the above pleading, and must be cured by 8/14/14. The pleading is missing the full tax identification number.**

CURE: Please provide the full tax identification number.

CONSEQUENCE: Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Janine O'Connor  301–344–3918

cc:   Debtor(s)
      Attorney for Debtor(s) – Alan D. Eisler

Form defntc (11/2013)