# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

**Date: 9/25/14**

In re:   Case No.:   03–11612 PM     Chapter:   7

Primary Service Group, LLC
Debtor(s)

# DEFICIENCY NOTICE

DOCUMENT:    513 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $1549.74 Filed by Tami Becker . (Attachments: # 1 attachment 1 # 2 attachment 2 # 3 attachment 3 # 4 affidavit # 5 Proposed Order) (O'Connor, Janine)

PROBLEM:    **The following items are deficient for the above pleading, and must be cured by 10/9/14. The W–9 is signed by the locator.**

CURE:    Please submit a new W–9 prepared and signed by the claimant.

CONSEQUENCE:    Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Janine O'Connor  301–344–3918

cc:    Debtor(s)
Attorney for Debtor(s) – Alan D. Eisler

Form defntc (11/2013)