

PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   03–11612 – PM    Chapter:  7

Primary Service Group, LLC
5301 Holland Avenue
Beltsville, MD 20705

Deficient Pleading No. – [513]Motion to Withdraw Unclaimed Funds from Court Registry

## ORDER STRIKING FILING FOR FAILURE
## TO COMPLY WITH REQUIRED PROCEDURES

Notice having been given of a deficient filing filed by a party in interest in the instant case, and said deficiency not having been corrected within the time prescribed in the notice; it is hereby

ORDERED, that the above–referenced filing is stricken from the official record of the instant case.

cc:   Debtor(s)
      Attorney(s) for Debtor(s) – Alan D. Eisler
      Interested Party – Tami Becker
      Case Trustee – Janet M. Nesse
      U.S. Trustee

**End of Order**

14.1 (02/02/2006) – *joconnor*