**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**
**at Greenbelt**

---

**Date: 4/8/15**

**In re:   Case No.:   03–11612 PM      Chapter:   7**

Primary Service Group, LLC
Debtor(s)

---

# DEFICIENCY NOTICE

DOCUMENT:    518 – Motion to Withdraw Unclaimed Funds from Court Registry in the amount of $1549.74 Filed by Tami Becker . (Attachments: # 1 Affidavit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Proposed Order) (O'Connor, Janine)

PROBLEM:    **The following items are deficient for the above pleading, and must be cured by 4/22/15. Identification submitted to the Court is not legible for Tami Becker.**

CURE:    Please provide clear and legible identification for Tami Becker.

CONSEQUENCE:    Failure to cure the problem(s) by the date above may result in the pleading being stricken or other action the Court deems appropriate without further notice. For a proposed order, the failure to cure the problem(s) may result in the relief sought being denied for want of prosecution.

**Additional information on filing requirements: http://www.mdb.uscourts.gov/content/filing–requirements.**
**Additional information for non–attorney filers: http://www.mdb.uscourts.gov/content/after–filing.**

Mark A. Neal, Clerk of Court
by Deputy Clerk, Janine O'Connor  301–344–3918

cc:   Debtor(s)
      Attorney for Debtor(s) – Alan D. Eisler

Form defntc (11/2013)